FILED

2008 OCT 16  AM 8: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA 08-580 M -13 |
| FILIPP CHEBOTAREV   DEFENDANT(S). | **REPORT COMMENCING CRIMINAL ACTION** |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.   Date and time of arrest _____ 6:00 am | 10/16/08 _____ ☒ AM / ☐ PM

2.   Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
_____ 21 USC 841(a)(1) , 846 _____

3.   Offense charged is a: ☒ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

4.   U.S. Citizen: ☐ Yes     ☐ No     ☐ Unknown

5.   Year of Birth: ___ 1985 ___

6.   The defendant is:   ☐ Presently in custody on this charge.
                         ☐ At liberty on bond posted before a Magistrate Judge.
                         ☐ At liberty and warrant is requested.
                         ☐ Federal - In custody on another conviction.
                         ☐ State - In custody awaiting trial on these charges.

7.   Place of detention (if out-of-district): _____

8.   Date detainer placed on defendant: _____

9.   This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____ )

10.  Name of Pretrial Services Officer: ___ DUTY _____

11.  Remarks (if any): _____

12.  Date: ___ OCT. 16, 2008 ___       13.  Signature: _____

14.  Name: _____       15.  Title: ___ AUSA ___